UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISAEL LOPEZ CLAUDIO,

                Petitioner,

-against-

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT (ICE),

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/19/2021_

21 Civ. 202 (AT)

**ORDER TO ANSWER, 28 U.S.C. § 2241**

ANALISA TORRES, United States District Judge:

    The Court has examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241. Accordingly,

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

    Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

    By **January 29, 2021**, the U.S. Attorney's Office shall file a letter updating the Court on its investigations into Petitioner's status as a United States citizen.

    SO ORDERED.

Dated:  January 19, 2021
           New York, New York

                                          ANALISA TORRES
                                      United States District Judge