UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MISAEL LOPEZ CLAUDIO,

                        Petitioner,                    21 **CIVIL** 202 (AT)

                    -against-                      **JUDGMENT**

UNITED STATES IMMIGRATION AND
CUSTOMS EMFORCEMENT (ICE),

                        Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 2, 2021, Respondent's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
           June 2, 2021

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                             **BY:**
                                                     **Deputy Clerk**